# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00394-CV

**In re Johanna N. Sierra**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   June 18, 2013